IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID T. HARDY<br>8987 E. Tanque Verde PMB 265<br>Tucson, AZ 85749<br><br>    Plaintiff,<br><br>    v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES<br>99 New York Ave. NE<br>Washington, DC 20226<br><br>And<br><br>DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>And<br><br>DEPARTMENT OF JUSTICE<br>OFFICE OF INSPECTOR GENERAL<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>    Defendants. | COMPLAINT<br>(Freedom of Information<br>Act, 5 U.S.C. §552). |

Comes now the Plaintiff, by and through undersigned counsel, and allege as follows:

    1.    This is an action under the Freedom of Information Act, 5 U.S.C. § 552, for injunctive and other appropriate relief and seeking the disclosure

and release of agency records improperly withheld from Plaintiff by Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives (BATFE), the United States Department of Justice ("DOJ"), and the Department of Justice's Office of Inspector General ("OIG").

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331 and 5 U.S.C. §552(a)(4)(B).

3. Venue lies in this district under 28 U.S.C. §1391(e).

## PARTIES

4. Plaintiff David T. Hardy is an attorney and internet blogger who disseminates information relating to firearms law issues on the internet.

5. Defendant BATFE is a component of the Department of Justice and an agency within the meaning of 5 U.S.C. § 552(f). Defendant BATFE has possession, custody and control of records to which Plaintiff seeks access.

6. Defendant DOJ is an agency within the meaning of 5 U.S.C. § 552(f). Defendant DOJ has possession, custody and control of records to which Plaintiff seeks access.

7. Defendant OIG is a subdivision of the Department of Justice and is an agency within the meaning of 5 U.S.C. § 552(f). Defendant OIG has possession, custody and control of records to which Plaintiff seeks access.

## **STATEMENT OF FACTS**

8. On March 6, 2015 Plaintiff transmitted a Freedom of Information Act ("FOIA") request to Defendant BATFE. The tracking number is 7003 1010 0002 9053 2533. This FOIA is attached as Exhibit "A." See Delivery Confirmation as Exhibit "B."

9. The request was received by BATFE on March 16, 2015. Pursuant to FOIA, 5 U.S.C. §552(a)(6)(A)(i), Defendant BATFE had 20 business days in which to produce the requested records. This period expired on April 5, 2015.

10. Plaintiff has received no response from Defendant BATFE.

11. On March 6, 2015, Plaintiff transmitted a FOIA request to Defendant OIG. The Tracking Number is 7003 1010 0002 9053 5138. This FOIA is attached as Exhibit "C." See Delivery Confirmation as Exhibit "D."

12. The request was received by OIG on March 16, 2015. Pursuant to FOIA, 5 U.S.C. §552(a)(6)(A)(i), Defendant OIG had 20 business days in which to produce the requested records. This period expired on April 5, 2015.

13. Defendant OIG sent an acknowledgment letter, however has not responded since then.

14. Pursuant to 5 U.S.C. §552(a)(6)(A)(i), Defendants were required to determine whether to comply with the request within twenty (20)

working days of receipt and to notify Plaintiff immediately of their determination, the reasons therefore, and the right to appeal any adverse determination.

15.     As of the date of this Complaint, Defendants have failed to: (i) determine whether to comply with the requests; (ii) notify Plaintiff of any such determination or the reasons therefore; (iii) advise Plaintiff of the right to appeal any adverse determination; or (iv) produce the requested records or otherwise demonstrate that the requested records are exempt from production.

16.     Because Defendants have failed to comply with the time limit set forth in 5 U.S.C. §552(a)(6)(A), Plaintiff is deemed to have exhausted any and all administrative remedies pursuant to 5 U.S.C. §552(a)(6)(C).

## COUNT I
### (Violation of FOIA, 5 U.S.C. §552 Against DOJ and BATFE)

17.     Plaintiff realleges paragraphs 1 through 16 as if fully stated herein.

18.     Defendants DOJ and BATFE are unlawfully withholding records requested by Plaintiff pursuant to 5 U.S.C. §552.

19.     Plaintiff is being irreparably harmed by reason of Defendants' unlawful withholding of records responsive to Plaintiff's FOIA request, and Plaintiff will continue to be irreparably harmed unless Defendants, DOJ and

BATFE, are compelled to conform their conduct to the requirements of the law.

## COUNT II
### (Violation of FOIA, 5 U.S.C. §552 Against OIG)

20.     Plaintiff realleges paragraphs 1 through 16 as if fully stated herein.

21.     Defendant OIG is unlawfully withholding records requested by Plaintiff pursuant to 5 U.S.C. §552.

22.     Plaintiff is being irreparably harmed by reason of Defendant's unlawful withholding of records responsive to Plaintiff's FOIA request, and Plaintiff will continue to be irreparably harmed unless Defendant OIG is compelled to conform its conduct to the requirements of the law.

**WHEREFORE**, Plaintiff respectfully requests that the Court:

(1) Order Defendants to conduct a search for any and all responsive records to Plaintiff's FOIA requests and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA requests;

(2) Order Defendants to produce, by a date certain, any and all non-exempt records to Plaintiff's FOIA requests, and a *Vaughn* index of any responsive records withheld under claim of exemption;

(3) Enjoin Defendants from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA requests;

(4) Grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. §552(a)(4)(E); and

(5) Grant Plaintiff such other relief as the Court deems just and proper.

Dated: October 7th, 2015

        Respectfully Submitted,

        DAVID T. HARDY

        **/s/ Stephen D. Stamboulieh**
        Stephen D. Stamboulieh
        Stamboulieh Law, PLLC
        P.O. Box 4008
        Madison, MS  39130
        (601) 852-3440
        stephen@sdslaw.us
        DC District Court Bar# MS0009
        *Counsel for Plaintiff*