**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DAVID T. HARDY )
 )
       Plaintiff, )
 )
v. )    Civil Action No. 15-1649 (BAH)
 )
BUREAU OF ALCOHOL, TOBACCO, )
FIREARMS AND EXPLOSIVES, *et al.,* )
 )
 )
       Defendants. )
 )

**<u>UNOPPOSED MOTION TO AMEND SCHEDULING ORDER</u>**

Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), the Department of Justice (DOJ) and the Department of Justice, Office of Inspector General (OIG), by and through counsel, hereby request an amendment of the Court's Scheduling Order.  The Motion would otherwise be due on Monday, June 20, 2016.  Pursuant to Local Civil Rule 7(m), Plaintiff's counsel has been contacted and does not oppose the filing of this motion.

This is a Freedom of Information Act ("FOIA") lawsuit in which Plaintiff submitted separate FOIA requests to the Bureau of Alcohol, Tobacco, Firearms and Explosives ("BATFE") and the Department of Justice, Office of Inspector General ("OIG") seeking various records.  *See* ECF Nos. 2-1, 2-3.

This amendment is being requested because Defendant ATF will be releasing additional records.  In addition, Defendant OIG is again reviewing its' responsive materials to determine if any additional non-exempt material may be released.  Hence, the additional time is necessary to give the parties time to narrow any existing disputes between themselves.

1

Counsel for the parties have conferred and have agreed upon the following dates:

- Dispositive Motions due by July 21, 2016;

- Cross-Motion/Opposition to Dispositive Motion due by August 22, 2016; and

- Opposition to Cross-Motion/Reply to Opposition to Dispositive Motion by

  September 5, 2016.

- Reply in support of Cross Motion due on September 19, 2016.

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. BAR #415793
United States Attorney for the District
of Columbia

DANIEL VAN HORN,
D.C. BAR # 924092
Chief, Civil Division

By:   */s/ Heather Graham-Oliver*
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 252-2520
Heather.Graham-Oliver@usdoj.gov

2