**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DAVID T. HARDY<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>Defendants. | ) | Civil Action No. 15-1649 (BAH) |

**JOINT STATUS REPORT**

In response to the Court's Order dated April 24, 2017, the parties submit this Joint Status Report. This case concerns Plaintiff's request under the Freedom of Information Act. On March 22, 2017, the Court granted in part and denied in part Defendants' Motion for Summary Judgment and granted in part and denied in part Plaintiff's Cross-Motion for Summary Judgment. ECF No. 30, 31.

Since the last status report was filed, the parties have continued their settlement discussions and have agreed to resolve the merits of this case, except for the issue of attorneys' fees. Specifically, the Defendant Department of Justice Office of Inspector General ("OIG") has agreed to a discretionary release of certain records in exchange for Plaintiff dismissing his claims in this case, except for his claim for attorney's fees, which the parties have not been able to resolve informally.

Accordingly, the parties respectfully request the Court enter the following briefing schedule on the issue of attorney's fees:

Plaintiff's Motion for Attorney's Fees July 7, 2017

| | |
|---|---|
| Defendant's Opposition | August 7, 2017 |
| Plaintiff's Reply | August 21, 2017 |

Respectfully submitted,

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

*Counsel for Plaintiff*

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar #415793

DANIEL VAN HORN
Chief, Civil Division
D.C. Bar # 924092

By: /s/____________________
JOSHUA M. KOLSKY
Assistant United States Attorney
D.C. BAR #993430
Washington, D.C. 20530
Phone: (202) 252-2541
Email: joshua.kolsky@usdoj.gov

*Counsel for Defendants*